STATE OF NEW JERSEY v. JOSEPH L. MESSINGER.

December 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. ERIC ADDISON.

December 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD ORR.

December 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. REGINO MIRANDA.

December 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL LA PEIRA.

December 18, 1985.

Petition for certification denied.